**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL MORGAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, a Corporation; and DOES I through X inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-02536-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

This Stipulation to Extend Deadline for Plaintiff to Answer Defendants Motion for Summary Judgment is entered into as of the date below by and between OCWEN LOAN SERVICING; by and through their counsel, Greenberg Traurig, LLP, and Carol Morgan ("Plaintiff") and together with Defendants, (the Parties"), hereby stipulate to extend the deadline for Plaintiff to file an Opposition to Defendant's Motion for Summary Judgment from November 17, 2017 to December 1, 2017. Defendants filed the Motion for Summary Judgment on or about October 27, 2017.

This is the parties first request for an extension of time to oppose the Motion for Summary Judgment and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give the Plaintiff more time to evaluate and respond to the points and authorities set forth in the Motion for Summary Judgment.

/ / /

1  morgan.stip&ord11.17.mw.wpd

**MICHAEL J. HARKER, ESQ.**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

**WHEREAS** the parties stipulate and agree as follows:

Plaintiff shall have until December 1, 2017 to respond to Defendant's Motion for Summary Judgment.

**IT IS SO STIPULATED**.

Dated: November 16, 2017                                Dated: November 16, 2017

Submitted by:                                           Approved By:
The Law Office of Michael J. Harker, Esq.               Greenberg Traurig, LLP

/s/ Michael J. Harker                                   /s/ Jacob D. Bundick, Esq.
**MICHAEL J. HARKER, ESQ.**                             **JACOB D. BUNDICK, ESQ.**
**Nevada Bar No.: 005353**                              **Nevada Bar No.: 009772**
2901 El Camino Ave., Suite 200                          3773 Howard Hughes Parkway, #400 N.
Las Vegas, NV 89102                                     Las Vegas, NV 89169
(702) 248-3000                                          (702) 792-3773
Attorney for Plaintiff                                  Attorney for Defendant

### ORDER

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment shall be December 1, 2017.

**IT IS SO ORDERED.**

Dated: November 17, 2017.

_____
UNITED STATES DISTRICT JUDGE